**Judy Kay WOERNER, Respondent,**

v.

**David Reid WOERNER, Appellant.**

**No. WD 40965.**

Missouri Court of Appeals, Western District.

June 13, 1989.

David K. Holdsworth, David L. Cooper, Liberty, for appellant.

Thomas E. Hankins, Gladstone, for respondent.

Before KENNEDY, C.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

David Reid Woerner appeals the trial court's order denying his motion to modify the maintenance provision of his dissolution decree.

Affirmed. Rule 84.16(b).

**John W. WALKER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41227.**

Missouri Court of Appeals, Western District.

June 13, 1989.

Elizabeth Clarke, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from the denial, after evidentiary hearing, of a Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).